# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS ESTKA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 12 C 10253 |
| v. | ) ) | Magistrate Martin (consent filed) |
| CHALET NURSERY AND GARDEN SHOP INC.; and L.J. THALMANN COMPANY d/b/a Chalet Nursery and Garden Shop, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff Thomas Estka, on behalf of himself and a class of similarly-situated persons, by his undersigned counsel, and pursuant to Fed. R. Civ. P. 23(e), move this Court for preliminary approval of a proposed class action settlement. In support of this Motion, Plaintiff respectfully states as follows:

1. The parties have reached a proposed class settlement of this lawsuit. A copy of the executed Class Action Settlement Agreement and Release is included herewith as **Exhibit 1** and expressly incorporated herein by reference.

2. Plaintiff will submit separately a brief in support of this Joint Motion.

**WHEREFORE**, and for purposes of settlement only, Plaintiff requests that this Court enter the Preliminary Approval Order contemplated in the Settlement Agreement (1) preliminarily approving the terms of the Settlement Agreement; (2) approving the form and manner of notice to the proposed Settlement Class as set forth in the Settlement Agreement and directing that such notice be given; (3) appointing Plaintiff's counsel as Settlement Class

Counsel; and (4) setting this matter for a Fairness Hearing for consideration of the request for Final Approval of the proposed settlement and for entry of Final Judgment.

                              THOMAS ESTKA, Plaintiff,

              By:    /s Paul F. Markoff

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
Tel: 312.726.4162
Fax: 312.674.7272
paul@markleinlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that I served a copy of this *Plaintiff's Motion for Preliminary Approval of Class Action Settlement Agreement* on the following electronically by using the CM/ECF system on this 12th day of September, 2013:

Anthony C. Valiulis (tvaliulis@muchshelist.com)
Melinda J. Morales (mmorales@muchshelist.com)
Much Shelist, P.C.
191 N Wacker Dr Ste 1800
Chicago IL 60606

                                                  s/ Paul F. Markoff
                                                  Paul F. Markoff