UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS ESTKA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 12 C 10253 |
| v. | ) ) | Magistrate Martin (consent filed) |
| CHALET NURSERY AND GARDEN SHOP INC.; and L.J. THALMANN COMPANY d/b/a Chalet Nursery and Garden Shop, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Thomas Estka, on behalf of himself and a class of similarly-situated persons, by his undersigned counsel, and pursuant to Fed. R. Civ. P. 54(d)(2) and 23(h), move this Court for an award of attorneys' fees and costs. In support of this Motion, Plaintiff states as follows:

1. On September 19, 2013, this Court preliminarily approved a class action settlement in this case. [DE 47].

2. The underlying settlement agreement provides that Class Counsel shall be paid 25% ($112,500) of the $450,000 Settlement Fund for attorneys' fees and costs.

3. Notwithstanding that the Fairness Hearing for this case is not until February 27, 2014, to avoid any potential objection to timing of this motion under Rule 23(h), Plaintiff now moves for approval of an award of $112,5000 for attorneys' fees and costs, albeit delaying such a decision until the Fairness Hearing.

4. Plaintiff incorporates herein by reference *Plaintiff's Brief in Support of Plaintiff's Motion for Attorneys' Fees and Costs* and the *Declaration of Paul F. Markoff*, which is included herewith as **Exhibit 1** and incorporated herein by reference.

**WHEREFORE**, Plaintiff requests that this Court award $112,500 to Class Counsel for attorneys' fees and costs.

                                      THOMAS ESTKA, Plaintiff,

                    By:    /s Paul F. Markoff

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
Tel: 312.726.4162
Fax: 312.674.7272
paul@markleinlaw.com

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this *Plaintiff's Motion for Attorneys' Fees and Costs* on the following electronically by using the CM/ECF system on this 10th day of October, 2013:

Anthony C. Valiulis (tvaliulis@muchshelist.com)
Melinda J. Morales (mmorales@muchshelist.com)
Much Shelist, P.C.
191 N Wacker Dr Ste 1800
Chicago IL 60606

s/ Paul F. Markoff
Paul F. Markoff