UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS ESTKA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 12 C 10253 |
| v. | ) ) ) | Magistrate Martin (consent filed) |
| CHALET NURSERY AND GARDEN SHOP INC.; and L.J. THALMANN COMPANY d/b/a Chalet Nursery and Garden Shop, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Thomas Estka ("Plaintiff"), for the reasons set forth in the *Plaintiff's Brief in Support of Plaintiff's Motion for Final Approval of Class Action Settlement*, moves this Court for final approval of the proposed Class Action Settlement in this case. Plaintiff incorporates herein by reference the following:

1. Declaration of Bailey Hughes, **Exhibit 1**;

2. Declaration of Paul F. Markoff, **Exhibit 2**; and

3. Declaration of Melinda J. Morales, **Exhibit 3**.

THOMAS ESTKA, Plaintiff,

By: /s Paul F. Markoff

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
Tel: 312.726.4162
Fax: 312.674.7272
paul@markleinlaw.com

1

## CERTIFICATE OF SERVICE

  I certify that I served a copy of this *Plaintiff's Motion for Final Approval of Class Action Settlement* on the following electronically by using the CM/ECF system on this 21st day of February, 2014:

Anthony C. Valiulis (tvaliulis@muchshelist.com)
Melinda J. Morales (mmorales@muchshelist.com)
Much Shelist, P.C.
191 N Wacker Dr Ste 1800
Chicago IL 60606

                  s/ Paul F. Markoff
                  Paul F. Markoff